# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 06-00114-CG |
| | ) | CIVIL ACTION NO. 12-0616-CG-N |
| IRENE SANCHEZ-COLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 21, 2012, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 7th day of January, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE