# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 06-00114-CG |
| | ) | CIVIL ACTION NO. 12-0616-CG-N |
| IRENE SANCHEZ-COLIN, | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED and DECREED** that the § 2255 motion filed by Irene Sanchez-Colin be **DISMISSED** as a successive motion which has not been authorized by the Eleventh Circuit Court of Appeals as required by 28 U.S.C. §§ 2255(h), 2244(b)(3)(A). Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis .

**DONE and ORDERED** this 7th day of Januay, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE